HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NABILA KHOURY,<br><br>    Plaintiff,<br><br>vs.<br><br>VITAS HEALTHCARE CORP & Sub, a Florida Corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.  8:19-cv-01359 JVS DFM<br><br>Hon. James V. Selna<br><br>**PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION AND DOCUMENTS**<br><br>Complaint Filed:  May 29, 2019 |

Having considered the Parties' Joint Stipulation and [Proposed] Protective Order Re: Confidential Information and Documents in this matter,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation and [Proposed] Protective Order Re: Confidential Information and Documents be entered.

**IT IS SO ORDERED**

DATED: June 9, 2020

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

4846-4712-3135